

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00063-CV

---

White Star Energy, Inc. and County Royalty Acquisition Program, Inc.
d/b/a Reagan County Royalty Company, Inc., Appellants

v.

Ridgefield Permian Minerals, LLC, Appellee

---

On Appeal from the 112th District Court
Reagan County, Texas
Trial Court No. CV02505

---

## JUDGMENT

The Court has considered this cause on the record and concludes that the trial court erred in denying Appellants' motion for summary judgment and in granting Appellee's motion for summary judgment. But because the summary judgment proceedings took place without the benefit of the Texas Supreme Court's decision in *Gill v. Hill*, 688 S.W.3d 863 (Tex. 2024), which substantially clarified the applicable law and likely would have affected the parties' motion practice, we vacate the judgment of the court below and remand the cause under Texas Rule of Appellate Procedure 43.3(b) for further proceedings in accordance with this Court's opinion.

We further find that under these circumstances, good cause exists to split the costs of appeal

and accordingly order that such costs are taxed equally against both sides, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED 31st day of October 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., dissenting (opinion forthcoming)